**FILED**
September 21, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00157-KJM |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOR RELEASE OF PERSON IN CUSTODY** |
| PATRICIA EKIZIAN, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  PATRICIA EKIZIAN ,

Case No.  2:21-CR-00157-KJM  Charge 21 USC § 841(a)(1), from custody for the following reasons: for the following reasons:

    \_\_\_\_\_   Release on Personal Recognizance

      X      Bail Posted in the Sum of $ _____

          X     Unsecured Appearance Bond $   50,000 (co-signed)

         \_\_\_\_\_  Appearance Bond with 10% Deposit

         \_\_\_\_\_  Appearance Bond with Surety

         \_\_\_\_\_  Corporate Surety Bail Bond

         \_\_\_\_\_  (Other): Defendant to be released on 9/22/2021 to

           X    Kathy Winters to be transported to WellSpace.

         \_\_\_\_\_  .

Issued at Sacramento, California on September 21, 2021 at 12:21pm.

Dated:  September 21, 2021

*/s/ Deborah Barnes/*
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE