UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
December 29, 2021
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICIA EKIZIAN,

Defendant.

Case No. 2:21-cr-00157-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release PATRICIA EKIZIAN, Case No. 2:21-cr-00157-KJM Charge 21 U.S.C. § 841(a)(1), from custody for the following reasons:

|   |   |
|---|---|
|       | Release on Personal Recognizance |
| X   | Bail Posted in the Sum of $ 50,000.00 |
|       X | Unsecured Appearance Bond $ 50,000.00 |
|       | Appearance Bond with 10% Deposit |
|       | Appearance Bond with Surety |
|       | Corporate Surety Bail Bond |
| X   | (Other): The defendant is to be released at 8:30 a.m. on January 3, 2022. She is directed to report to the Pretrial Services Office immediately upon release. |

Issued at Sacramento, California on December 29, 2021 at 2:30 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE